UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANETTE JONES,

    Plaintiff,

vs.

Case No. 07-CV-11122

HON. GEORGE CARAM STEEH

COUNTY OF OAKLAND,

    Defendant.
_____/

## ORDER OF DISMISSAL

Plaintiff, Janette Jones, has been ordered to comply with the Court's previous Order Granting Defendant's Motion to Compel Discovery, and having failed to so comply, her case is dismissed pursuant to Fed. R. Civ. P. 41(b). Now therefore,

IT IS HEREBY ORDERED that plaintiff's case is DISMISSED.


Dated: October 18, 2007

    s/George Caram Steeh
    GEORGE CARAM STEEH
    UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on October 18, 2007, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk